# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

CAROLINA VASQUEZ, *et al*,          §
                                    §
    Plaintiffs,          §
                                    §
VS.                                 §          CIVIL ACTION NO. 5:19-CV-32
                                    §
NR1 TRANSPORT, INC., *et al*,       §
                                    §
    Defendants.          §

## ORDER

After holding a settlement hearing in this matter, United States Magistrate Judge John A. Kazen issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(3), recommending that the Court approve the proposed settlement as it pertains to Minor Plaintiff T.V. (Dkt. No. 62). At the close of the hearing, the Parties, through their counsel, waived their right to object to the proposed findings and recommendations contained in Judge Kazen's Report, stated that they had no objections to the Court's findings, and requested that this Court accept Judge Kazen's findings (*id.* at 5). Accordingly, this Court may act on the Report immediately and will review the proposed findings and recommendations for plain error.

Having considered the record, the Report, and the applicable law, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. No. 62) as the findings and opinion of the Court. The Court hereby **APPROVES** the proposed settlement as it pertains to Minor Plaintiff T.V. The Clerk of Court is hereby **DIRECTED**, upon receipt of the settlement funds for T.V., to deposit said funds into an interest-bearing

account. T.V. will be entitled to withdraw her settlement funds upon reaching eighteen years of age and upon the filing of a proper motion and order by the Court. Finally, the Court hereby **ORDERS** the Parties to file their Joint Stipulation of Dismissal no later than <u>Monday, June 7, 2021</u>.

It is so **ORDERED**.

**SIGNED** May 24, 2021.

Marina Garcia Marmolejo
United States District Judge